NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REMBRANDT DATA STORAGE, LP,**
*Plaintiff-Appellant,*

v.

**WESTERN DIGITAL CORPORATION,**
*Defendant-Appellee.*

---

**REMBRANDT DATA STORAGE, LP,**
*Plaintiff-Appellant,*

v.

**SEAGATE TECHNOLOGY LLC,**
*Defendant-Appellee.*

---

2012-1159, -1267

---

Appeals from the United States District Court for the Western District of Wisconsin in case nos. 10-CV-0694 and 10-CV-0693, Senior Judge Barbara B. Crabb.

---

**ON MOTION**

---

**O R D E R**

Western Digital Corporation moves for an extension of time until June 29, 2012, to file its responsive brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellees' briefs are due no later than June 29, 2012.

FOR THE COURT

JUN 1 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michelle M. Umberger, Esq.
Richard G. Frenkel, Esq.
Calvin L. Litsey, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK